916

No. 2228, Misc. McDORMAN ET AL. *v.* TURNER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 2171, Misc. TEPLITSKY *v.* ASSOCIATED PRESS ET AL. C. A. 2d Cir. Certiorari denied.

No. 583, Misc. HENDERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 955, Misc. WRIGHT *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1209, Misc. STEVENS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1406, Misc. BEASLEY *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1688, Misc. BOYDEN *v.* FEDERAL PRISON INDUSTRIES, INC. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1788, Misc. WILLIAMS *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.